**1983 FORM**

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983

Glay Lashawn Kimble

In the United States District
Court for the Middle
District of Pennsylvania

(Enter above the full name of the plaintiff or
plaintiff's in this action)

vs.

Prime Care / Nurse Phillips and Nurse Clory Walker vendor for (FCJ) Franklin County Jail

FILED
HARRISBURG, PA

JAN 18 2024

PER _____
DEPUTY CLERK

(Enter above the full name of the defendant or
defendant's in this action)

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes____ No ✓

   B.  If your answer to A. is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: ~~Clay LeShawn Kimble~~ N/A GK

   Defendants: _____N/A_____

2. Court (if Federal Court, name the district: if state court, name the county).

   N/A

3. Docket Number  N/A

4. Name of judge to whom case was assigned:

   N/A

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)

   N/A

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Franklin County Jail 1804 opprotunity Ave, Chambersburg PA. 17201

   A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure: Yes ✓ No ___

   C. If your answer is YES:

   1. What steps did you take? I Filed a grievance and did not get a response so i did "another" quest and here it is

   2. What was the result? The result was i was taken off the "Special" diet which consisted of the same three meals each day, that still made me itch and swell. To putting me back on the reguler trays that contains ingredients that my blood say i can't have.

D.  If your answer is NO, explain why not: __N/A__

II.  Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A.  Name of plaintiff __Glay LaShawn Kimble__
Address __Franklin County Jail (FCJ) 1804 Opprotunity Ave Chambersburg PA. 17201__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants).

B.  Defendant __Nurse Phillips / Prime Care__
employed as __a nurse at (FCJ) Franklin Co. Jail__

C.  Additional Defendants: __Nurse Bobbinette, a "Prime Care" employee, And Cloey Walker Prim Care workers at (FCJ)__

III.  Statement of Claim: __Date: 1-3-24__

State here as briefly as possible the **facts** of the case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary). On 12/14/23 I came to Franklin Co. Jail on writ to go to court after being released on bail while in prison. I was picked up on 12/14/23 in Scranton as soon as i got here i told Medical staff/Nurse "Phillips" who is familiar with who i am. I explained to her that i have food allergies and she told me that she knew from the last time I was here, so i did tell her the last time I gave her possible allegies I just knew back then that certain stuff would make me itch and swell. I told her that i just had labs done Nov, 1rst 2022 when

I went SCI-Smithfield for Diagnostics. So SCI-Smithfield have records, and SCI Mahanoy had my lab records she could reach out and get records of it. She ignored me and proceeded to prepair the needle stick for my TB test, while i'm chained up and shackled up, my whole medical intake was done in chains for no reason at all. She wasn't able to apply the needle to the bottom of my fore-arm so she "stuck" the top of my arm and never came back for a second reading. Supena the vedio footage from the 14th of December 2023 I have no reason to make any of these claims up... →

IV. RELIEF

**State briefly exactly what you want the court to do for you.**

Make no legal arguments. Cite no cases or statutes.

I would like for all parties involved under Medical Staff to be held accountable and disciplend, for there negligence of my medical "care", and compensated for the mental and physical stress i have endored under their "care" in the amount of 1.5 Million


for the next 3 days on the 17th I notice that my special diet trays what they were giving me was never changing. My labs read at SCI Mahanoy and Smithfield. NO- Peas, gluten, soye bean, soye protein, Peanut butter, Shell fish, wheat, hazlenut, walnut, tomato, This Jail had no menu for me and still don't they Fed beef and rice "Cold" for lunch everyday for the first week and for dinner i was fed shredded chicken and rice "cold" for the first week. and every breakfast was the same cold boild eggs stale cornmeal tortilees with jelly and halfcooked grits and applesauce. when i seen Nurse Phillips doing her rounds for meds I yelled to her to see if I could speak to her about the trays and the TB reading she said "what"? I ask her if she could change my diet and she said "no", because I shouldn't have lied.... I'm sure if the body cam footage is requested from my time in the lock up (DS) you'll see footage where i am telling C.O.'s that i never had a second reading for my TB testing i also said something to the CTS worker Mr. lovett. I also explained to CTS worker Mr. Filepass about all the neglect that had been issued my way. i said something to the one nurse i can't remeber her name but she gave bennedrill because i was having a really bad allergic reaction my thoat started swelling, nurse walker came down and said that nothin was wrong with me, but still gave me bennedrill. The scarvest time in my life and they could have let me die. Even the special diets were making me itch and swell up and not one person thought to contact SCI-Mahanoy for my records that would have possibly seen that i had several allergic reactions there also and they gave me a steroid shot twice in one week while i was there just months ago from today.... the one nurse came to my door and ask me what i was allergic to i told her and she ask about the allergies I told her about the food and ask her to please switch me back to regular diet because every one else has options but i get the same cold food every day and the portion were extra small, so she switched it back and now i am suffering from the itching really bad I went to well-span Medical for itching twice and never know it was allergies so it's real I can get medical records.

I honestly feel that the nurses and the officers are treating me unjustly and unfair because of personal reasons, they don't like me, they may be intemadated by me but this is jail and they appearently don't have proper training like the rest of C.O's here. I still eat food that i'm allergic to and i do suffer and no one cares as long as i am quet; this place is currupted and there should be some type of class-action with these people, I have medical records from home that Prime Care nurses fell to get from well span in Franklin Co. and PRMC in Salisbury M.D. 21801 to prove I have been to the emergency room on deferent ocassions for itching refusively. They don't care, my bennedrill was stop and now i just itch. on 12/31/23 I woke around 2:30AM and push the button because of chestpains My cell mate Brenden Downey was on the top bunk I was complaining all that evening about chestpains even to the nurse that brought over nail clippers that evening 12/31/23 no one checked my vitals at any point nor was there any follow up's about my chest pains Nurse Robbinette just at the C.O. Desk while the officer relayed the messages that worked at 2:30 AM on 1-1-24. She never came to my door, she didn't show concern because my name is Glay Leshawn Kimble

Today is _____ was called to the C.O.'s desk because i was needed by Prime Care Nurse Ms. Cloey Walke and She a release of information Form to get my medical records from SCI-Mahanoy after being here for 3½ weeks of being here with a Chronice allergy disorder. I spoke to Nurse Phillips on the 14th, the day i got here and it was addressed to nursing on 12/22/23 and these Nurse wanted me to suffer, because I was making fuss about the PREA issuse this is all Part of retaliating against me for the officers that don't like me. Today when i spoke to the Assistant Nurse Practican "Ms. Jess" he ordered me Cleariten because my diet is not going to be changed and will still be consuming food that i'm allergic to here at Franklin County Jail. You couldn't emagin what i go through here because of not knowing how to conduct myself in this place because of Sexual harassment. There is currently and open PREA case.

*Hary Kinble*

# Franklin County Jail
## Inmate Request Slip

**Inmate's Name:** Glay Kimble   **Housing Location:** E-18   **Date:** 12/19/23

**Check One:**
- [ ] Chaplain
- [ ] Classification
- [x] Correctional Treatment Specialist (CTS)
- [ ] Mental Health
- [ ] Probation
- [ ] Programs (name) _____
- [ ] Property Clerk
- [ ] Public Defender
- [ ] Records
- [ ] Treatment
- [ ] Work Programs
- [ ] Other _____

Name (if known) _____

**Instructions:** Fill out Form completely and print legibly. Provide a brief and detailed description of your question, concern, or problem. Failure to be specific may result in no action being taken. Cite only (1) question, concern, or problem. (Multiple requests require separate Inmate Request Slips)

Hello, I am contacting you all because I Been trying to tell Medical that I had blood work done and the list off allergies that they have for Me here is the assumption that I had, @ because of all the itching, and swelling all they have to do is contact SCI Monahoy and reach out to Medical to get what My labs read.

**Inmate's Signature:** _____

**For Official Use Only:**

**Forwarded to:** Medical   **Forwarded By:** (LD)   **Date:** 12/21/23

- [ ] APPROVED
- [ ] DISAPPROVED
- [ ] NEED MORE INFORMATION
- [ ] SEE ATTACHMENT(s)

**Response:** This has been addressed by nursing today 12/22/23

**Staff Signature and Title:** CHallethe RN   **Date:** 12/22/23

FCJ Form 300.19-1 revised 9/28/15

Franklin County
Inmate Request Slip



FCJ Form 300.19-1 revised 9/28/15